## HOPE MEDICAL GROUP FOR WOMEN, et al., Plaintiffs–Appellants–Cross–Appellees

v.

## Kim Edward LeBLANC, M.D., et al., Defendants–Appellees–Cross-Appellants.

No. 06–31282.

United States Court of Appeals, Fifth Circuit.

Dec. 11, 2007.

Simon Lawrence Heller, Center for Reproductive Law & Policy, New York, NY, William E. Rittenberg, Rittenberg & Samuel, New Orleans, LA, for Plaintiffs–Appellants–Cross–Appellees.

Raymond Peter Ward, Adams & Reese, New Orleans, LA, for Defendants–Appellees–Cross–Appellants.

Before JOLLY, HIGGINBOTHAM, and ELROD, Circuit Judges.

PER CURIAM: *

Having reviewed the district court's order, the parties' briefs, and the record, we

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

find no reversible error. Accordingly, we AFFIRM.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.